## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America,   CASE NO. 3:06CR714

    Plaintiff,

    - vs -   **AMENDED ORDER**

Randal Maxwell,

    Defendant.

This matter was heard on November 2, 2015, upon the request of the probation office for a finding that the defendant had violated conditions of his supervised release. The defendant was represented by counsel. The defendant admitted the violations contained in the report and was found to have been in violation by the Court. The Court terminated supervision as unsuccessful and imposed the following sentence:

1. The defendant is sentenced to a term of 24 months custody of the Bureau of Prisons. The defendant shall receive credit for 18 months (from May 10, 2014 to November 10, 2015) for time served in a related state court sentence pursuant to § 5g1.3(d), leaving a balance of six months to be served commencing November 10, 2015.

2. No further term of supervision shall be imposed.

SO ORDERED.

                                                           s/ James G. Carr
                                                           Sr. United States District Judge